*E-FILED 10-18-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRMA CARRANZA; ROSENDO CARRANZA, <br><br>    Plaintiffs, <br><br> v. <br><br> AMERICAN PREMIER FUNDING, INC.; EWV ENTERPRISES, INC.; BANKUNITED, AS ALLEGED SUCCESSOR IN INTEREST TO BANKUNITED FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROBERT E. WEISS INCORPORATED; DOES 1-30, <br><br>    Defendants. | No. C10-04356 HRL <br><br> **INTERIM ORDER RE PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW** |

On October 15, 2010, plaintiffs' counsel filed a motion seeking leave to withdraw from this case and purported to notice the motion for this court's October 19, 2010 calendar. The motion was not properly noticed in accordance with Civil Local Rule 7. Additionally, Civil Local Rule 11-5(a) requires that notice of intent to seek withdrawal be given reasonably in advance to plaintiffs and other parties. *See* Civ. L.R. 11-5(a).

Plaintiffs' counsel's motion will not be placed on the October 19, 2010 calendar.

Any objections or other responses to the motion to withdraw shall be filed no later than **October 28, 2010**.

Unless otherwise ordered, the matter will then be taken under submission without oral

1  argument.

2  SO ORDERED.

3  Dated: October 18, 2010

                                       _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-04356-HRL Notice has been electronically mailed to:

2  Christopher Michael Salaysay    salaysaylaw@aol.com

3  Cris A Klingerman    cklingerman@rewlaw.com

4  Harold Louis Collins    hcollins@rewlaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.