*E-FILED 12-03-2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA CARRANZA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN PREMIER FUNDING, INC., et al.,<br><br>　　　　　Defendants. | CASE NO.  5:10-cv-04356-HRL<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO DENY DEFENDANTS' COSTS<br>[Proposed]<br><br>[Re:   Docket No. 32] |

Pursuant to the written stipulation of the Parties, the hearing on Plaintiffs' motion to deny costs, currently set for December 28, 2010, is continued to February 8, 2011, at 10:00 a.m., in Courtroom 2, to be heard concurrently with BankUnited's motion for the award of attorney's fees.  The dates for Defendants' opposition to said motion and Plaintiffs' reply to said opposition shall correspond to the new hearing date, i.e., January18, 2011, and January 25, 2011, respectively.  Defendants' counsel may appear by telephone at said hearing.

　　　　IT IS SO ORDERED.

Dated: December 3, 2010　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON.  HOWARD R. LLOYD,
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge