*E-FILED 01-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRMA CARRANZA; ROSENDO CARRANZA, | No. C10-04356 HRL |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' REQUEST FOR APPOINTMENT OF COUNSEL** |
| AMERICAN PREMIER FUNDING, INC.; EWV ENTERPRISES, INC.; BANKUNITED AS ALLEGED SUCCESSOR IN INTEREST TO BANKUNITED FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROBERT E. WEISS INCORPORATED; DOES 1-30, | [Re Docket No. 35] |
| Defendants. | |

Plaintiffs move for the appointment of counsel. Specifically, they request referral to the Federal Pro Bono Project for the purpose of obtaining representation in connection with two motions set for a February 8, 2011 hearing: (1) defendants' motion for fees; and (2) plaintiffs' own motion to deny defendants' bill of costs. They also request that the briefing and hearing on those motions be continued pending the appointment of an attorney who will represent them. Defendants oppose the motion. Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties who have appeared in this matter have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

Generally, there is no right to counsel in a civil case. See Lassiter v. Dep't of Social

1  Services, 452 U.S. 18, 25 (1981).  Under 28 U.S.C. § 1915(e)(1), courts have discretion to
2  request volunteer counsel for indigent civil litigants upon a showing of exceptional
3  circumstances.  See 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent
4  any person unable to afford counsel"); see also Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.
5  1991) ("The court may appoint counsel under section 1915[(e)(1)] . . . only under 'exceptional
6  circumstances'").  In order to determine whether exceptional circumstances exist, this court
7  must determine (1) the likelihood of success on the merits and (2) the ability of the plaintiffs to
8  articulate their claims pro se in light of the complexity of the legal issues involved.  Terrell, 935
9  F.2d at 1017.  Both of these factors must be viewed together before reaching a decision on a
10  request for counsel under § 1915.  See id.

11  Plaintiffs say that they do not have sufficient funds to retain an attorney.  Defendants are
12  skeptical of this representation.  But even assuming, for present purposes, that plaintiffs cannot
13  afford counsel, the court does not find that exceptional circumstances exist.  Plaintiffs were
14  represented by counsel at the outset of this litigation, and the lawsuit was voluntarily dismissed
15  shortly after it was removed here.  The only matters that remain in dispute—i.e., defendants'
16  request for payment of their fees and costs incurred—are not complex.  After their counsel
17  withdrew from the case, plaintiffs proceeded to represent themselves.  It is unclear what efforts
18  they have made to find another attorney to represent them on terms they can afford.  And, in any
19  event, most of plaintiffs' briefing in connection with the February 8, 2011 motions have already
20  been filed.  Indeed, by the time the instant motion was filed, plaintiffs had already filed their
21  motion to deny defendants' bill of costs, as well as their opposition to defendants' pending
22  motion.  All that remains for plaintiffs to do is (a) file their reply brief on their motion to deny
23  defendants' bill of costs and (b) appear at the motion hearing.  Accordingly, this court declines
24  to refer plaintiffs to the Northern District of California's Federal Pro Bono Project, and their
25  motion for the appointment of counsel is denied.

26  SO ORDERED.

27  Dated:   January 18, 2011

28  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  5:10-cv-04356-HRL Notice has been electronically mailed to:

2  Christopher Michael Salaysay    salaysaylaw@aol.com

3  Cris A Klingerman    cklingerman@rewlaw.com

4  Harold Louis Collins    hcollins@rewlaw.com

5  5:10-cv-04356-HRL Notice has mailed to:

6  Irma Carranza
   2830 Vista del Valle
7  Morgan Hill, CA 95037

8  Rosendo Carranza
   2830 Vista del Valle
9  Morgan Hill, CA 95037

10         Pro Se Plaintiffs